7-20-15

15-52①4R

KEITH HOTTLE, CIERK
4th Court of APPEALS
CADEENA - REEVES - JUSTICE CNTR
300 DOLOROSA SUITE 3200
SAN ANTONIO, TEXAS 78205

RE: Court of APPEALS NO: 04-15-00548-CV
TRIAL Court Case No: 2015-CI-01986
STYLE: STEVEN M. GARY VS. MARY ROMAN ETAL;
TRIAL Court Case No: 2014CR2945
STYLE: STATE OF TEXAS VS. STEVEN M. GARY

KEITH HOTTLE CIERK:

BEING that I was GRANTED A MOTION to PROCEED DUE to MY being INDIGENT and INCARCERATED, I HUMBLY REQUEST 3 CERTIFIED COPIES OF ALL SUMMARY PERTAINING to TRIAL CASE NO 2014CR2945, to INCLUDE the GRAND JURY VOTE, and any EVIDENCE that WAS COLLECTED OR SECRETED, A COPY OF PERSONAL BOND ISSUED ON OR about the 20th OF FEBRUARY 2014 A COPY OF the AFFIDAVIT OF NON PROSECUTION MADE by COMPLAINTANT CHEVELA WOODS and all REPORTS DONE IN SECRET by the GRAND JURY, THIS CASE IS SET FOR TRIAL ON 8·10·15 and all the ABOVE DISCOVERY IS VITAL TO MY CASE I, have tried to gain these RECORDS thru the County CIERK but CAN'T PAY So she has DENIED this INFORMATION again BEING I'AM "SET" FOR TRIAL ON 8·10·15 THIS INFO IS VITAL and MY ATTORNEY OF RECORD has "NEVER ANSWERED ANY OF MY CONCERNS" I have no other WAY OF PREPARING MYSELF. I THANK YOU IN ADVANCE.

RESPECTFULLY SUBMITTED

Steven M. Gary

STEVEN MITCHELL GARY
NO. 900807
200 N. Comal AD27
San Antonio, Texas
78207

neopost
07/21/2015
US POSTAGE
$00.48⁵

FIRST-CLASS MAIL

ZIP 78205
041L1220204⁹

ATTN: KEITH HOTTLE, CLERK
Fourth Court of Appeals
CADEENA · REEVES· Justice Cntr.
300 Dolorosa, Suite 3300
San Antonio, Texas 78205

78205830087

LEGAL MAIL